In the Matter of the Estate of EDNA B. MOORE, Deceased. RAYMOND W. MOORE, Appellant; GUARANTY TRUST COMPANY OF NEW YORK, as Executor of EDNA B. MOORE, Deceased, et al., Respondents.

Argued April 6, 1939; decided May 16, 1939.

*Walter H. Pollak* and *Mordecai Rochlin* for appellant.

*Joseph M. Proskauer* and *Charles Looker* for Guaranty Trust Company of New York, as executor, respondent.

*Allen T. Klots* and *E. Tinsley Ray* for Alice T. Crunden, respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ. HUBBS, J., dissents on the ground that the instrument in question was not an agreement within the meaning of the statute.